831 A.2d 552

IN THE MATTER OF CHARLES THOMAS HUTCHINS, AN ATTORNEY AT LAW (ATTORNEY NO. 026581997).

September 18, 2003.

## O R D E R

The Disciplinary Review Board having filed with the Court its decision in DRB 02–454, concluding that **CHARLES THOMAS HUTCHINS** of **FARMINGDALE,** who was admitted to the bar of this State in 1998, should be reprimanded for violating *RPC* 3.4(g) (threatening to present criminal charges to gain an improper advantage in a civil proceeding), and good cause appearing;

It is ORDERED that **CHARLES THOMAS HUTCHINS** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.